■ Daniel Membreno, Plaintiff, v Hack Realty, LLC, Defendant/Third-Party Plaintiff-Respondent. Bella Bianchi's Ltd., Third-Party Defendant-Appellant. [937 NYS2d 880]

Under the circumstances of this case, the Supreme Court properly denied the third-party defendant's motion pursuant to CPLR 3211 (a) (5) to dismiss the third-party complaint based on the doctrine of res judicata (*see generally Matter of People v Applied Card Sys., Inc.*, 11 NY3d 105, 122 [2008], *cert denied sub nom. Cross Country Bank, Inc. v New York*, 555 US 1136 [2009]; *Landau, P.C. v LaRossa, Mitchell & Ross*, 11 NY3d 8, 13 [2008]; *Buechel v Bain*, 97 NY2d 295, 304-305 [2001], *cert denied* 535 US 1096 [2002]; *Johansen v Gillen Living Trust*, 63 AD3d 1006 [2009]). Dillon, J.P., Leventhal, Belen and Lott, JJ., concur.